# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 1:19-cr-27-MOC-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **LINDA MICHELLE PATINO,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate

Release. (Doc. No. 128).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a

response to Defendant's motion.

Signed: September 21, 2021

Max O. Cogburn Jr
United States District Judge